[No. 14236–4–I. Division One. February 19, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDRE
CLAUDE TRUDELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–02742–6, Charles V. Johnson, J., entered January 10, 1984. *Affirmed* by unpublished opinion per

Ringold, J., concurred in by Coleman and Grosse, JJ.